101836

**MFS Legal, Inc.**
Neal F. Morrow III (SBN 295497)
Natalee Fisher (SBN 306666)
21143 Hawthorne Boulevard, Suite 514
Torrance, CA 90503
(562) 379-2654
lawclerk@calemonlawteam.com (contact)
eservice@calemonlawteam.com (documents)

Attorneys for Plaintiff
ROBERT TUCKER JR.,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUCKER JR.,<br><br>      Plaintiff,<br><br>  vs.<br><br>NISSAN NORTH AMERICA, INC., a corporation; and Does 1 through 10, inclusive,<br><br>      Defendants. | CASE NO.:  3:25-cv-06158-JCS<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Plaintiff ROBERT TUCKER JR., and Defendant NISSAN NORTH AMERICA, INC., a corporation, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action as to Defendant NISSAN NORTH AMERICA, INC., with each party bearing their own attorney's fees and costs.

1

Stipulation of Dismissal

101836

Date:  February 18, 2026    **MFS LEGAL, INC.**

Neal F. Morrow III
Natalee Fisher (SBN 306666)
Attorneys for Plaintiffs

Date: February 18, 2026    MORTENSON TAGGART ADAMS LLP

Stephen H. Dye (SBN 104385)
sdye@mortensontaggart.com
Charles F. Harlow (SBN 200702)
charlow@mortensontaggart.com
Attorneys for Defendant
Nissan North America, Inc.

2
Stipulation of Dismissal

101836

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to Defendant NISSAN NORTH AMERICA, INC., with each party bearing that party's own attorney's fees and costs.

Dated: February 18, 2026

Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

3
Stipulation of Dismissal